UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DESIREE JEFFREY,

    Plaintiff,

v.                                                 Case No: 8:17-CV-1361-JDW-AAS

EASTERN ASSET SERVICES LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that Plaintiff's Motion for Default Judgment (Dkt. 20) be granted in part and denied in part (Dkt. 24). No objections have been filed and the time in which to do so has passed. Upon consideration, the Report and Recommendation is adopted as the opinion of the Court and the Motion is GRANTED in part and DENIED in part.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Accordingly,

1.    The Report and Recommendation (Dkt. 24) is **APPROVED** and **ADOPTED** as the opinion of the Court for all purposes, including for appellate review.

2. Plaintiff's Motion for Default Judgment (Dkt. 20) is **GRANTED in part and DENIED in part**.

3. The Clerk is directed to **ENTER DEFAULT JUDGMENT** in favor of Desiree Jeffrey and against Eastern Asset Services, LLC in the about of $16,640.00 plus post judgment interest calculated at the statutory rate.

4. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 20th day of August, 2018.

**JAMES D. WHITTEMORE**
United States District Judge

Copies to:
Counsel of Record

2